IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JOSE MANUEL RODRIGUEZ,
Individually and on Behalf of All Others
Similarly Situated
                              Plaintiff,

                                                    19 Civ. 03815 (CS)

-against-


COOPER WORKS INC. and MICHAEL
KATZ, Jointly and Severally,


                              Defendants.


## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above captioned action through their undersigned counsel that, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein to be dismissed with prejudice, with each party to bear their own fees and costs; and that Plaintiff is precluded from bringing any further claims under the Fair Labor Standards Act or New York Labor Law, or any federal, state or local law, for unpaid wages, including overtime pay, for the period set forth in Plaintiff's Complaint.

IT IS HEREBY FURTHER STIPULATED AND AGREED that this Court shall retain jurisdiction to enforce the parties' Settlement Agreement.

PELTON GRAHAM LLC                          GOLDBERG SEGALLA LLP


By: _____                By: _____
Brent E. Pelton, Esq.                       Scott R. Green, Esq.
Taylor B. Graham, Esq.                      200 Garden City Plaza, Ste. 520
111 Broadway, Suite 1503                    Garden City, NY 11530
New York, New York 10006                    Tel.: (516) 281-9859
Tel.: (212) 385-9700

13

*Attorneys for Plaintiffs*                    *Attorney for Defendants*

**SO ORDERED**

**DATED this __ day of _____, 2019**

_____
**HONORABLE CATHY SEIBEL
UNITED STATES DISTRICT JUDGE**

14